# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 4, 2019

## NO. 03-19-00447-CV

**J. G., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY**
**BEFORE CHIEF JUSTICE ROSE, AND JUSTICES TRIANA AND SMITH**
**AFFIRMED -- OPINION BY JUSTICE SMITH;**
**DISSENTING OPINION BY JUSTICE TRIANA**

---

This is an appeal from the judgment signed by the trial court on June 20, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.